RUSH MOORE LLP
A Limited Liability Law Partnership

TRACY G. CHINEN          4494-0
REGINAULD T. HARRIS      7516-0
ALYSSA N. SIMBAHON       10811-0
Pacific Guardian Center, Mauka Tower
737 Bishop Street, Suite 2400
Honolulu, Hawaii  96813
Telephone No. (808) 521-0400
Facsimile No. (808) 521-0597
TChinen@rmhawaii.com
RHarris@rmhawaii.com
ASimbahon@rmhawaii.com

Attorneys for Defendant
WALDORF=ASTORIA MANAGEMENT LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PHILIP WESKALNIES, | CIVIL NO. 1:17-cv-00492-LEK-RLP |
| Plaintiff, | |
| vs. | NOTICE OF APPEARANCE OF CO-COUNSEL FOR DEFENDANT WALDORF=ASTORIA MANAGEMENT LLC AND REQUEST FOR ELECTRONIC NOTIFICATION OF PROCEEDINGS VIA CM/ECF; CERTIFICATE OF SERVICE |
| GWR WAILEA PROPERTY LLC dba GRAND WAILEA, WALDORF-ASTORIA MANAGEMENT LLC, HILTON HAWAII CORPORATION, HILTON MANAGEMENT LLC, PARK HOTELS AND RESORTS, INC.; JOHN DOES 1-5; JOHN DOE CORPORATIONS 1-5; JOHN DOE PARTNERSHIPS 1-5; ROE NON-PROFIT CORPORATIONS 1-5; and ROE GOVERNMENTAL AGENCIES | |
| Defendants. | |

## NOTICE OF APPEARANCE OF CO-COUNSEL FOR DEFENDANT WALDORF=ASTORIA MANAGEMENT LLC AND REQUEST FOR ELECTRONIC NOTIFICATION OF PROCEEDINGS VIA CM/ECF

ALYSSA N. SIMBAHON of RUSH MOORE LLP A LIMITED LIABILITY LAW PARTNERSHIP, Hawaii attorney number 10811, hereby enters her appearance as co-counsel attorney for Defendant WALDORF=ASTORIA MANAGEMENT LLC, and requests service of pleadings and notices in this action by via CM/ECF through electronic notification emailed to asimbahon@rmhawaii.com.

Dated:   Honolulu, Hawaii, August 7, 2018

/s/ Alyssa N. Simbahon
TRACY G. CHINEN
REGINAULD T. HARRIS
ALYSSA N. SIMBAHON
Attorneys for Defendant
WALDORF=ASTORIA MANAGEMENT LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PHILIP WESKALNIES,<br><br>Plaintiff,<br><br>vs.<br><br>GWR WAILEA PROPERTY LLC dba GRAND WAILEA, WALDORF-ASTORIA MANAGEMENT LLC, HILTON HAWAII CORPORATION, HILTON MANAGEMENT LLC, PARK HOTELS AND RESORTS, INC.; JOHN DOES 1-5; JOHN DOE CORPORATIONS 1-5; JOHN DOE PARTNERSHIPS 1-5; ROE NON-PROFIT CORPORATIONS 1-5; and ROE GOVERNMENTAL AGENCIES<br><br>Defendants. | CIVIL NO. 1:17-cv-00492-LEK-RLP<br><br>CERTIFICATE OF SERVICE |

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of <u>Notice of Appearance of Co-Counsel for Defendant Waldorf=Astoria Management LLC and Request for Electronic Notification of Proceedings via CM/ECF</u> was duly served on this date via email through CM/ECF and U.S. Mail, postage prepaid, on the following party at their last known address:

        JAMES KRUEGER, ESQ.
        2065 Main Street, Suite 102
        Wailuku, Maui, Hawaii  96793

        and

2

DAVID OLAN, ESQ.
Olan Law
212 Marine Street #100
Santa Monica, California  90405

Attorneys for Plaintiff
PHILIP WESKALNIES

Dated:    Honolulu, Hawaii, August 7, 2018.

/s/ Alyssa N. Simbahon
TRACY G. CHINEN
REGINAULD T. HARRIS
ALYSSA N. SIMBAHON
Attorneys for Defendant
WALDORF=ASTORIA MANAGEMENT LLC