RUSH MOORE LLP
A Limited Liability Law Partnership

TRACY G. CHINEN          4494-0
REGINAULD T. HARRIS      7516-0
Pacific Guardian Center, Mauka Tower
737 Bishop Street, Suite 2400
Honolulu, Hawaii  96813
Telephone No. (808) 521-0400
Facsimile No. (808) 521-0597
TChinen@rmhawaii.com
RHarris@rmhawaii.com

Attorneys for Defendant
WALDORF=ASTORIA MANAGEMENT LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| PHILIP WESKALNIES, | ) | CIVIL NO. 1:17-cv-00492-LEK-RLP |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION FOR DISMISSAL |
| vs. | ) | WITH PREJUDICE OF ALL CLAIMS |
| | ) | AND PARTIES; ORDER |
| GWR WAILEA PROPERTY LLC dba | ) | |
| GRAND WAILEA, WALDORF- | ) | |
| ASTORIA MANAGEMENT LLC, | ) | |
| HILTON HAWAII CORPORATION, | ) | |
| HILTON MANAGEMENT LLC, PARK | ) | |
| HOTELS AND RESORTS, INC.; JOHN | ) | Trial Date:    December 11, 2018 |
| DOES 1-5; JOHN DOE | ) | Judge:         The Hon. Leslie E. |
| CORPORATIONS 1-5; JOHN DOE | ) |                 Kobayashi |
| PARTNERSHIPS 1-5; ROE NON- | ) | |
| PROFIT CORPORATIONS 1-5; and ROE | ) | |
| GOVERNMENTAL AGENCIES | ) | |
| | ) | |
| Defendants. | ) | |

## STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS AND PARTIES

IT IS HEREBY STIPULATED by and between Plaintiff PHILLIP WESKALNIES ("Plaintiff") and Defendant WALDORF=ASTORIA MANAGEMENT LLC ("Defendant") by and through their respective attorneys, that Plaintiff's Complaint and all claims therein against Defendant hereby dismissed with prejudice.  Each party to bear their own attorneys' fees and costs.

Defendants GWR Wailea Property LLC, Hilton Hawaii Corporation, Hilton Management LLC, and Park Hotels and Resorts, Inc. were previously dismissed from this lawsuit via Notice of Dismissal of Certain Defendants on October 25, 2017 [ECF No. #9].  There are no other claims or parties to this action.  All appearing parties have signed this Stipulation.  Trial before The Honorable Leslie E. Kobayashi was scheduled for December 11, 2018.

This Stipulation is made pursuant to Rule 41(a)(1)(A) (ii) of the Federal Rules of Civil Procedure.

DATED:  Honolulu, Hawaii, November 6, 2018.

/s/ James Krueger  
JAMES KRUEGER  
DAVID OLAN Attorneys  
for Plaintiff PHLLIP  
WESKALNIES

        /s/ Tracy G. Chinen
TRACY G. CHINEN

REGINAULD T. HARRIS Attorneys for Defendant WALDORF=ASTORIA MANAGEMENT LLC

APPROVED AND SO ORDERED:



    /s/ Leslie E. Kobayashi
Leslie E. Kobayashi
United States District Judge

_____
Phillip Weskalnies v. Waldorf=Astoria Management LLC
United States District Court for the District of Hawaii, 17-cv-00492-LEK-RLP

STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS AND PARTIES; ORDER